

**T**HE **C**ITY OF **N**EW **Y**ORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

ZACHARY W. CARTER
*Corporation Counsel*

AIMEE K. LULICH
Assistant Corporation Counsel
Phone: (212) 356-2369
Fax: (212) 356-1148
Email: alulich@law.nyc.gov

December 21, 2015

**BY ECF**
Honorable Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>Adrian John, et. al. v. Police Officer Matthew DeMaio, et. al.</u>,
15-CV-6094 (NGG) (CLP)

Your Honor:

I am the Assistant Corporation Counsel assigned to represent defendant Officer Matthew DeMaio in the above-referenced matter. Pursuant to Your Honor's Order dated November 16, 2015, the City of New York was directed to provide plaintiffs' counsel with the names, shield numbers, and service addresses of all individual officers involved in the arrests at issue in this matter. I write, with the consent of plaintiffs' counsel, to respectfully request a 14-day enlargement of time, until January 6, 2016, to provide a complete list of the officers involved.

In the complaint the three plaintiffs allege, *inter alia*, false arrest, unlawful search, malicious prosecution, and excessive force, stemming from their arrests on July 3, 2015 in front of 1139 Blake Avenue in Brooklyn. The arrests apparently took place during an outdoor party, and included the arrests of at least six people. As a result, multiple New York City Police Department units responded to a call for assistance over the course of the events, including officers who likely did not interact with the plaintiffs. Some of the officers who were involved in plaintiffs' arrests have been identified, and defendant will provide their names and shield numbers by December 23, 2015; however, additional investigation is needed to ensure that an accurate and complete list of officers is provided to plaintiffs. To that end, an enlargement of time will allow the City to obtain the necessary documents and potentially interview additional officers.

      Accordingly, the City of New York respectfully requests that the Court grant it until the date of the initial conference in this matter, January 6, 2016, to provide the identities of all officers involved in plaintiffs' arrests.

      I thank the Court for its consideration of this request.

                                        Respectfully submitted,
                                        /S
                                        Aimee K. Lulich
                                        Assistant Corporation Counsel

**cc:**    Baree N. Fett, Esq. (By ECF)
          305 Broadway, 14th Floor
          New York, New York 10007