**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------x

ADRIAN JOHN, SHANTEE WILLIAMS and LUIS GOMEZ,

                                        Plaintiffs,

                    -against-

Police Officer MATTHEW DEMAIO, Shield No. 23579, et al.,

                                        Defendants.
-------------------------------------------------------------------------x

**NOTICE OF MOTION FOR ATTORNEY'S FEES AND COSTS**

15 CV 6094 (NGG) (CLP)

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Baree N. Fett, the exhibits annexed thereto, and the accompanying Memorandum of Law, and upon all the prior pleadings and proceedings herein, plaintiff moves this Court, at the Courthouse located at 225 Cadman Plaza East, Brooklyn, New York, at a date and time to be selected by the Court, for an order awarding attorney's fees and other discretionary costs to plaintiff in the total amount of $20,268.22 pursuant to Rule 54(d) of the Federal Rules of Civil Procedure and 42 U.S.C. § 1988, as follows:

a.  Attorney's fee for Baree N. Fett in the amount of $19,075.00, including 1.6 hours of administrative time and 2 hours of travel at reduced rates;

b.  Reasonable costs and expenses in the amount of $1,193.22; and

c.  Such other and further relief as this Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Civil Rule 6.1(b) of the

Local Civil Rules of the United States District Courts for the Southern and Eastern Districts of

New York, opposition papers are to be served by May 26, 2016.


Dated:     New York, New York
           May 12, 2016


                               HARVIS & FETT LLP
                               305 Broadway, 14th Floor
                               New York, New York 10007
                               (212) 323-6880

                               _____
                               Baree N. Fett

                               *Attorneys for plaintiffs*


To:    Aimee Lulich, Esq. (by mail and e-mail)
       *Attorney for defendants*