

From **Harvis & Fett LLP**
305 Broadway, 14th Floor
New York, New York 10007

| Invoice ID | **H049** |
|---|---|
| Issue Date | 05/12/2016 |
| Due Date | 05/12/2016 (upon receipt) |

Invoice For **John, Adrian, et al**

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| 07/07/2015 - E-mail / Baree Fett: review emails from client | 0.10 | $425.00 | **$42.50** |
| 07/07/2015 - Review (Other) / Baree Fett: review surveillance footage from client | 0.40 | $425.00 | **$170.00** |
| 07/10/2015 - Meeting / Baree Fett: initial intake with A. John | 1.00 | $425.00 | **$425.00** |
| 07/10/2015 - Meeting / Baree Fett: initial intake with S. Williams | 1.00 | $425.00 | **$425.00** |
| 07/10/2015 - Review (Other) / Baree Fett: date of treatment 7/6/15, discharge paperwork and medical follow up instructions from SUNY Downstate brought by A. John | 0.10 | $425.00 | **$42.50** |
| 07/10/2015 - Review (Other) / Baree Fett: discharge paperwork from SUNY Downstate brought by S. Williams for date of service 7/6/15 | 0.20 | $425.00 | **$85.00** |
| 07/13/2015 - Correspondence / Baree Fett: draft FOIL request | 0.30 | $425.00 | **$127.50** |
| 07/15/2015 - Phone Call / Baree Fett: w/S. Williams re witnesses | 0.20 | $425.00 | **$85.00** |
| 07/16/2015 - Meeting / Baree Fett: w/witness Ratliff | 0.80 | $425.00 | **$340.00** |
| 07/16/2015 - Phone Call / Baree Fett: w/Ms. Morris from U. Hospital of Brooklyn re John's treatment and payment of medical bills | 0.10 | $425.00 | **$42.50** |
| 07/16/2015 - Correspondence / Baree Fett: to Ms. Morris at U Hospital of Brooklyn re his medical file | 0.10 | $425.00 | **$42.50** |
| 07/17/2015 - Phone Call / Baree Fett: w/Adrian re injuries and doctors | 0.20 | $425.00 | **$85.00** |
| 07/20/2015 - Review (Other) / Baree Fett: webcrims re witness Shadel Tramun | 0.10 | $425.00 | **$42.50** |

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| 07/20/2015 - Phone Call / Baree Fett: w/Gomez - initial phone interview with client | 0.40 | $425.00 | **$170.00** |
| 07/24/2015 - Review (Other) / Baree Fett: date of treatment - 7/6/15 - triage notes, labs, panels received from SUNY Downstate | 0.40 | $425.00 | **$170.00** |
| 07/24/2015 - Review (Other) / Baree Fett: medical records from SUNY Downstate for S. Williams | 0.10 | $425.00 | **$42.50** |
| 07/27/2015 - Review (Other) / Baree Fett: S. Williams' medical records from Housing Works | 0.30 | $425.00 | **$127.50** |
| 08/04/2015 - Review (Other) / Baree Fett: criminal court complaint & crims appearance history for A. John and compare to video surveillance | 0.50 | $425.00 | **$212.50** |
| 08/05/2015 - Phone Call / Baree Fett: w/plaintiffs re criminal court appearances, witnesses | 0.30 | $425.00 | **$127.50** |
| 08/06/2015 - Review (Other) / Baree Fett: letter from NYPD Legal Bureau responding to our FOIL request | 0.10 | $425.00 | **$42.50** |
| 08/11/2015 - Meeting / Baree Fett: w/plaintiff L. Gomez | 1.00 | $425.00 | **$425.00** |
| 08/11/2015 - Review (Other) / Baree Fett: photograph of A. John's arm | 0.10 | $425.00 | **$42.50** |
| 09/17/2015 - Phone Call / Baree Fett: w/John re crim court appearance | 0.10 | $425.00 | **$42.50** |
| 09/22/2015 - Phone Call / Baree Fett: w/Gomez re crim court appearance | 0.10 | $425.00 | **$42.50** |
| 09/22/2015 - Review (Other) / Baree Fett: lttr from NYPD Legal Bureau responding to FOIL request with documents & review documents | 0.40 | $425.00 | **$170.00** |
| 09/22/2015 - Admin / Baree Fett: draft and send letter to SUNY Downstate enclosing a medical release and requesting his records | 0.20 | $75.00 | **$15.00** |
| 09/24/2015 - Review (Other) / Baree Fett: S. Williams' criminal court complaint | 0.10 | $425.00 | **$42.50** |
| 09/24/2015 - Review (Other) / Baree Fett: L. Gomez' criminal court complaint/summons | 0.10 | $425.00 | **$42.50** |
| 09/29/2015 - Research / Baree Fett: elements of charge of "making terroristic threat" & cases upholding charge; research re precinct and google map of area where incident happened | 1.50 | $425.00 | **$637.50** |
| 09/30/2015 - Phone Call / Baree Fett: w/John re video | 0.20 | $425.00 | **$85.00** |
| 10/09/2015 - Review (Other) / Baree Fett: full medical file produced by SUNY Downstate (Dates of service 7/6/15, 7/16/15, 7/17/15 and 9/7/15 and reivew of CT results, pre hospital care report) for A. John | 0.30 | $425.00 | **$127.50** |

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| 10/20/2015 - Phone Call / Baree Fett: w/John re receiving ACD, case planning and settlement | 0.20 | $425.00 | $85.00 |
| 10/22/2015 - E-mail / Baree Fett: w/Tatiana re service of complaint and releases on defendants he law department the complaint, medical releases and 106.50 | 0.10 | $425.00 | $42.50 |
| 10/22/2015 - Pleadings / Baree Fett: draft and finalize the complaint | 1.00 | $425.00 | $425.00 |
| 10/22/2015 - Review File / Baree Fett: to draft complaint | 0.40 | $425.00 | $170.00 |
| 10/22/2015 - Phone Call / Baree Fett: w/Adrian & Shantee re facts and complaint & review of video while on the phone with clients | 0.70 | $425.00 | $297.50 |
| 10/22/2015 - Admin / Baree Fett: prepare and file coversheet, aff service and file on ecf | 0.20 | $75.00 | $15.00 |
| 10/23/2015 - Review (Other) / Baree Fett: certificate of disposition for S. Williams | 0.10 | $425.00 | $42.50 |
| 10/26/2015 - Review (Other) / Baree Fett: 23 photographs from S. Williams and A. John | 0.20 | $425.00 | $85.00 |
| 11/12/2015 - Admin / Baree Fett: ecf bounce re summons issued | 0.10 | $75.00 | $7.50 |
| 11/12/2015 - Phone Call / Baree Fett: w/John & Williams re status of case | 0.20 | $425.00 | $85.00 |
| 11/13/2015 - Admin / Baree Fett: prepare affidavits of service | 0.10 | $75.00 | $7.50 |
| 11/16/2015 - Phone Call / Baree Fett: w/ACC re case and defendants' request for an extension of time to answer | 0.10 | $425.00 | $42.50 |
| 11/16/2015 - Review (Other) / Baree Fett: ecf bounce and defendants' letter requesting an extension of time to answer | 0.10 | $425.00 | $42.50 |
| 11/16/2015 - Review (Other) / Baree Fett: scheduling order issued by the court | 0.10 | $425.00 | $42.50 |
| 11/16/2015 - Admin / Baree Fett: and update case tracking re status of the case, review new tasks | 0.10 | $75.00 | $7.50 |
| 12/14/2015 - Phone Call / Baree Fett: w/Gomez re status of case | 0.10 | $425.00 | $42.50 |
| 12/21/2015 - Review (Other) / Baree Fett: defendant Demaio's answer | 0.20 | $425.00 | $85.00 |
| 12/21/2015 - Phone Call / Baree Fett: w/ACC re defendant's extension request to provide identities of officers | 0.10 | $425.00 | $42.50 |
| 12/21/2015 - Review (Other) / Baree Fett: ecf bounce and defendant's letter requesting more time to provide identity of officers | 0.10 | $425.00 | $42.50 |
| 12/21/2015 - Review (Other) / Baree Fett: Court's order granting defendant's request for more time to identify officers | 0.10 | $425.00 | $42.50 |

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| 12/21/2015 - Research / Baree Fett: internet research on officers identified by ACC and conflict check | 1.00 | $425.00 | **$425.00** |
| 12/28/2015 - Review File / Baree Fett | 0.50 | $425.00 | **$212.50** |
| 12/28/2015 - E-mail / Baree Fett: to ACC re preparing initial conference questionnaire before 1/6/16 conference | 0.10 | $425.00 | **$42.50** |
| 12/29/2015 - Phone Call / Baree Fett: w/John & Williams re status of case | 0.10 | $425.00 | **$42.50** |
| 01/06/2016 - Discovery / Baree Fett: draft and prepare initial disclosures with P1-P94 | 0.70 | $425.00 | **$297.50** |
| 01/06/2016 - E-mail / Baree Fett: to ACC w/initial disclosures and plaintiffs' discovery demands and notices of inspection and deposition | 0.10 | $425.00 | **$42.50** |
| 01/06/2016 - Discovery / Baree Fett: draft conference questionnaire | 0.20 | $425.00 | **$85.00** |
| 01/06/2016 - Discovery / Baree Fett: review defendant's initial disclosures and discovery demands w/releases | 0.50 | $425.00 | **$212.50** |
| 01/06/2016 - Discovery / Baree Fett: review documents and prepare for production, bates stamp P1-P94 | 0.80 | $425.00 | **$340.00** |
| 01/06/2016 - Discovery / Baree Fett: prepare plaintiffs' discovery demands, notice of deposition and notice of inspection | 1.00 | $425.00 | **$425.00** |
| 01/07/2016 - Court Conference / Baree Fett: initial conference | 1.00 | $425.00 | **$425.00** |
| 01/07/2016 - Review File / Baree Fett: to prep for initial conference | 0.80 | $425.00 | **$340.00** |
| 01/07/2016 - Admin / Baree Fett: update case tracking following initial conference | 0.10 | $75.00 | **$7.50** |
| 01/07/2016 - Travel / Baree Fett: to/from EDNY for initial conference | 1.00 | $212.50 | **$212.50** |
| 01/08/2016 - Discovery / Baree Fett: review and digest D1-Def42 | 1.80 | $425.00 | **$765.00** |
| 01/08/2016 - Research / Baree Fett: internet search of additional officers identified in defendants' initial disclosures | 0.80 | $425.00 | **$340.00** |
| 01/14/2016 - Phone Call / Baree Fett: w/Shantee Williams re case strategy and settlement | 0.20 | $425.00 | **$85.00** |
| 01/22/2016 - Phone Call / Baree Fett: w/John and Williams re his injuries, settlement | 0.20 | $425.00 | **$85.00** |
| 01/27/2016 - Phone Call / Baree Fett: w/Gomez re settlement | 0.20 | $425.00 | **$85.00** |
| 02/08/2016 - Phone Call / Baree Fett: w/Williams & John re case, treatment | 0.30 | $425.00 | **$127.50** |

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| 02/09/2016 - Review (Other) / Baree Fett: ecf bounce of defendant filing the stipulation and proposed order of confidentiality | 0.10 | $425.00 | **$42.50** |
| 02/09/2016 - Discovery / Baree Fett: review confidentiality stip, sign and send back to ACC | 0.20 | $425.00 | **$85.00** |
| 02/10/2016 - Review (Other) / Baree Fett: ecf bounce ordering confidentiality stipulation | 0.10 | $425.00 | **$42.50** |
| 02/12/2016 - Discovery / Baree Fett: review defendants' discovery responses D43-D56 and digest documents | 1.80 | $425.00 | **$765.00** |
| 02/12/2016 - Discovery / Baree Fett: review defendant's privilege log and compare to defendant's responses | 0.80 | $425.00 | **$340.00** |
| 02/16/2016 - Review File / Baree Fett | 0.50 | $425.00 | **$212.50** |
| 02/16/2016 - Discovery / Baree Fett: draft responses to defendants' discover demands | 1.80 | $425.00 | **$765.00** |
| 02/16/2016 - E-mail / Baree Fett: to ACC attaching plaintiffs' discovery responses | 0.10 | $425.00 | **$42.50** |
| 02/16/2016 - Review (Other) / Baree Fett: additional surveillance footage provided A. John | 0.20 | $425.00 | **$85.00** |
| 02/23/2016 - Phone Call / Baree Fett: with two plaintiffs re settlement | 0.30 | $425.00 | **$127.50** |
| 02/23/2016 - E-mail / Baree Fett: exchange w/ACC re settlement and ajourning settlement conference | 0.10 | $425.00 | **$42.50** |
| 02/23/2016 - Phone Call / Baree Fett: w/ACC re settlement & adjourning the 2/24/16 settlement conf | 0.10 | $425.00 | **$42.50** |
| 02/23/2016 - Motion / Baree Fett: draft motion to the court to adjourn settlement conference & file | 0.40 | $425.00 | **$170.00** |
| 02/23/2016 - Pleadings / Baree Fett: draft proposed first amended complaint and sent to ACC for consent | 0.50 | $425.00 | **$212.50** |
| 02/24/2016 - Phone Call / Baree Fett: w/Gomez re scheduling and sequencing | 0.10 | $425.00 | **$42.50** |
| 02/25/2016 - E-mail / Baree Fett: ACC re consent on first amended complaint | 0.10 | $425.00 | **$42.50** |
| 02/26/2016 - E-mail / Baree Fett: review email from ACC giving consent to plaintiff's first amended cmpt | 0.10 | $425.00 | **$42.50** |
| 02/26/2016 - Pleadings / Baree Fett: finalize and file 1st amended complaint | 0.10 | $425.00 | **$42.50** |
| 02/26/2016 - Admin / Baree Fett: prepare affidavits of service for new defendants | 0.30 | $75.00 | **$22.50** |
| 03/15/2016 - Meeting / Baree Fett: w/John, review video | 1.00 | $425.00 | **$425.00** |

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| 03/15/2016 - Review File / Baree Fett: for purposes of settlement demands | 0.50 | $425.00 | **$212.50** |
| 03/15/2016 - E-mail / Baree Fett: settlement demands and video footage to ACC | 0.20 | $425.00 | **$85.00** |
| 03/16/2016 - Admin / Baree Fett: file affidavits of service for new defendants | 0.20 | $75.00 | **$15.00** |
| 03/21/2016 - Pleadings / Baree Fett: review d's discovery responses and draft 2nd amended complaint | 0.30 | $425.00 | **$127.50** |
| 03/21/2016 - E-mail / Baree Fett: to ACC re consent for 2nd amended complaint | 0.10 | $425.00 | **$42.50** |
| 03/22/2016 - Review (Other) / Baree Fett: email from ACC consenting to 2nd amended complaint | 0.10 | $425.00 | **$42.50** |
| 03/23/2016 - Pleadings / Baree Fett: finalize and file 2nd amended complaint | 0.20 | $425.00 | **$85.00** |
| 03/25/2016 - Phone Call / Baree Fett: w/plaintiffs before the settlement conference | 0.20 | $425.00 | **$85.00** |
| 03/25/2016 - Court Conference / Baree Fett: prepare for and attend settlement conference | 1.30 | $425.00 | **$552.50** |
| 03/25/2016 - Travel / Baree Fett: to/from EDNY for settlement conference | 1.00 | $212.50 | **$212.50** |
| 03/25/2016 - Review (Other) / Baree Fett: ecf bounce - minute entry following settlement conference | 0.10 | $425.00 | **$42.50** |
| 03/28/2016 - Meeting / Baree Fett: w/A. John and S. Williams to discuss settlement conference and next steps | 0.80 | $425.00 | **$340.00** |
| 04/06/2016 - Phone Call / Baree Fett: w/Gomez re settlement status and next steps | 0.20 | $425.00 | **$85.00** |
| 04/12/2016 - Admin / Baree Fett: filing executed summons on ecf | 0.10 | $75.00 | **$7.50** |
| 04/12/2016 - E-mail / Baree Fett: to ACC re acceptance of waivers of service | 0.10 | $425.00 | **$42.50** |
| 04/12/2016 - Admin / Baree Fett: prepare waivers of service | 0.20 | $75.00 | **$15.00** |
| 04/13/2016 - Phone Call / Baree Fett: w/A. John re R68 offer | 0.20 | $425.00 | **$85.00** |
| 04/13/2016 - Meeting / Baree Fett: w/GPH re R68s issued to plaintiffs | 0.20 | $425.00 | **$85.00** |
| 04/13/2016 - Phone Call / Baree Fett: w/S. Williams re R68 offer | 0.30 | $425.00 | **$127.50** |
| 04/13/2016 - Phone Call / Baree Fett: w/Gomez re R68 | 0.20 | $425.00 | **$85.00** |
| 04/13/2016 - Review (Other) / Baree Fett: billing record | 0.50 | $425.00 | **$212.50** |
| 05/06/2016 - Motion / Baree Fett: prepare initial draft of declaration for fee motion | 0.50 | $425.00 | **$212.50** |

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| 05/09/2016 - Research / Baree Fett: cases in EDNY supporting hourly rate, recent case supporting the lodestar method | 1.30 | $425.00 | **$552.50** |
| 05/09/2016 - E-mail / Baree Fett: exchange w/J. Norinsberg re supporting declaration for fee motion | 0.20 | $425.00 | **$85.00** |
| 05/10/2016 - Motion / Baree Fett: draft fee motion | 1.00 | $425.00 | **$425.00** |
| 05/12/2016 - Motion / Baree Fett: finalize fee motion and declaration | 2.00 | $425.00 | **$850.00** |

**Amount Due**     **$19,075.00**